# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5150**                                             **September Term, 2024**

1:25-cv-00966-RCL

**Filed On:** April 27, 2025

Middle East Broadcasting Networks, Inc.,

       Appellee

   v.

United States of America, et al.,

       Appellants


**No. 25-5151**                                             1:25-cv-00907-RCL



Radio Free Asia,

       Appellee

   v.

United States of America, et al.,

       Appellants


    **BEFORE:**    Pillard, Katsas, and Rao, Circuit Judges

## <u>O R D E R</u>

    Upon consideration of the emergency motion for an administrative stay and stay pending appeal, it is

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

## No. 25-5150                                      ## September Term, 2024

**ORDERED** that appellees file a response to the emergency motion by Tuesday, April 29, 2025.  Any reply is due by Thursday, May 1, 2025.

## Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:      /s/
Erica Thorner
Deputy Clerk