# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5150**　　　　　　　　　　　　　　　　　**September Term, 2024**

　　　　　　　　　　　　　　　　　　　　　　　　　　1:25-cv-00966-RCL

　　　　　　　　　　　　　　　　　　　　　　**Filed On: May 5, 2025**

Middle East Broadcasting Networks, Inc.,

　　　　Appellee

　　v.

United States of America, et al.,

　　　　Appellants


**No. 25-5151**

　　　　　　　　　　　　　　　　　　　　　　　　　　1:25-cv-00907-RCL


Radio Free Asia,

　　　　Appellee

　　v.

United States of America, et al.,

　　　　Appellants

**O R D E R**

　　Upon consideration of the emergency petition for rehearing en banc, which requests en banc reconsideration and vacatur of the court's May 3, 2025 order granting the government's motions for stay pending appeal in the above-captioned cases, it is

　　**ORDERED**, on the court's own motion, that appellants file a response to the petition by 5:00 p.m. on Tuesday, May 6, 2025. The response may not exceed 3,900

United States Court of Appeals
For The District of Columbia Circuit

_____

**No. 25-5150** September Term, 2024

words.  Absent an order of the court, a reply to the response will not be accepted for filing.

                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

BY:   /s/
       Elbert Lestrade
       Deputy Clerk