# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 25-5144**  **September Term, 2024**

1:25-cv-01015-RCL

Filed On: May 28, 2025

Patsy Widakuswara, et al.,

    Appellees

    v.

Kari Lake, in her official capacity as Senior Advisor to the Acting CEO of the U.S. Agency for Global Media, et al.,

    Appellants

**No. 25-5145**

1:25-cv-00887-RCL

Michael Abramowitz, in his official capacity as Director of Voice of America, et al.,

    Appellees

    v.

Kari Lake, in her official capacity as Senior Advisor to the Acting CEO of the United States Agency for Global Media, et al.,

    Appellants

Middle East Broadcasting Networks, Inc.,

    Appellee

    v.

United States of America, et al.,

    Appellants

No. 25-5151

1:25-cv-00907-RCL

Radio Free Asia,

    Appellee

    v.

United States of America, et al.,

    Appellants

# O R D E R

Upon consideration of the motion to consolidate, the motion to expedite No. 25-5144 and the opposition thereto, and the en banc court's May 28, 2025 order, it is

**ORDERED** that the motion to consolidate and motion to expedite be dismissed as moot. The en banc order addresses the coordination and expedition of the above-

captioned cases and requests a briefing proposal.  The parties may address consolidation and expedition in their briefing proposal.

                                                **FOR THE COURT:**
                                                Clifton B. Cislak, Clerk

BY:    /s/
          Selena R. Gancasz
          Deputy Clerk