**MUNGER, TOLLES & OLSON LLP**

RONALD L. OLSON
CARY B. LERMAN
GREGORY P. STONE
BRAD D. BRIAN
GEORGE M. GARVEY
WILLIAM D. TEMKO
WILLIAM S. VINCENT JR. P.C.
JOSEPH D. LEE
MICHAEL R. DOYEN
MICHAEL E. SOLOFF
GLENN D. POMERANTZ
HENRY WEISSMANN
KEVIN S. ALLRED
JEFFREY A. HEINTZ
STUART N. SENATOR
KELLY M. KLAUS
LISA J. DEMSKY
MALCOLM A. HEINICKE
JAMES C. RUTTEN
RICHARD ST. JOHN
ROHIT K. SINGLA
CAROLYN HOECKER LUEDTKE
KATHERINE M. FORSTER
BLANCA FROMM YOUNG
SETH GOLDMAN
GRANT A. DAVIS-DENNY
JONATHAN H. BLAVIN
DANIEL B. LEVIN
MIRIAM KIM
HAILYN J. CHEN
BETHANY W. KRISTOVICH
JACOB S. KREILKAMP
JEFFREY Y. WU
HEATHER E. TAKAHASHI
ERIN J. COX
BENJAMIN J. HORWICH
E. MARTIN ESTRADA
BRYAN H. HECKENLIVELY
ELAINE J. GOLDENBERG P.C.
GINGER D. ANDERS P.C.
MARGARET G. MARASCHINO
JOHN M. GILDERSLEEVE
ADAM B. WEISS
ACHYUT J. PHADKE
ZACHARY M. BRIERS
KURUVILLA J. OLASA
JUSTIN P. RAPHAEL
ROSE LEDA EHLER

JOHN W. BERRY
ROBYN K. BACON
JORDAN D. SEGALL
JONATHAN KRAVIS P.C.
JOHN L. SCHWAB
E. ASHLEY AULL
WESLEY T.L. BURRELL
CRAIG JENNINGS LAVOIE
JENNIFER L. BRYANT
NICHOLAS D. FRAM
VINCENT Y. LING
VICTORIA A. DEGTYAREVA
JOHN B. MAJOR
RACHEL G. MILLER-ZIEGLER P.C.
FAYE PAUL TELLER
STEPHANIE G. HERRERA
JULIANA M. YEE
COLIN A. DEVINE
GIOVANNI S. SAARMAN GONZÁLEZ
ANNE K. CONLEY
DAVID W. MORESHEAD
ANDREW D. GARELICK
SKYLAR B. GROVE
LAURA M. LOPEZ
DANE P. SHIKMAN
SAMUEL H. ALLEN
J. MAX ROSEN
ROWLEY J. RICE
LILLIANE E. ROSS
BENJAMIN G. BAROKH
ABE DYK
MEGAN MCCREADIE
RAQUEL E. DOMINGUEZ
ARIEL TESHUVA
SHANNON GALVIN AMINIRAD
XIAONAN APRIL HU
CARRIE C. LITTEN
JAMES R. SALZMANN
SEAN P. BARRY
MICHAEL T. SELVIN
HUNTER V. ARMOUR
NATHANIEL F. SUSSMAN
OLIVER BROWN
PAUL E. MARTIN
MATTHEW MIYAMOTO
REBECCA L. SCIARRINO
CORY M. BATZA
BRIAN R. BOESSENECKER
ROBERT E. BOWEN

601 MASSACHUSETTS AVENUE NW
SUITE 500E
WASHINGTON, D.C. 20001-5369
TELEPHONE (202) 220-1100

————

350 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3426
TELEPHONE (213) 683-9100

————

560 MISSION STREET
SAN FRANCISCO, CALIFORNIA 94105-3089
TELEPHONE (415) 512-4000

RICHARD T. JOHNSON
GRACE DAVIS FISHER
LAUREN M. BECK
CALEB W. PEIFFER
JAMIE LUMA
STEVEN B. R. LEVICK
JANELLE KRUMMEN
WILLIAM M. ORR
GABRIEL M. BRONSHTEYN
ROSIO FLORES ARRIAGA
JESSICA O. LAIRD
ERICA C. TOOCH
SARAH C. MONIER
EVAN MANN
ANDREW T. NGUYEN
SARA H. WORTH
MIRANDA E. REHAUT
STEPHANY REAVES
LAUREN E. KUHN
GARRETT SOLBERG
TED KANG
ADAM W. KWON
JOSEPH N. GLYNN
SIMON K. ZHEN
CARSON J. SCOTT
ROMAN LEAL
MATTHEW W. LINSLEY
ADEEL MOHAMMADI
TAYLOR L. BENNINGER
LORRAINE L. ABDULAHAD
CLARÉ KANE
SIDNEY M. EISNER
HELEN ELIZABETH WHITE
ALISON A. DOYLE
FELIPE DE JESUS HERNÁNDEZ
JASON D. WEISS
HENRY D. SHREFFLER
MILES W. UNTERREINER
LYNDSEY FRANKLIN
ANDREW DELAPLANE
ARIELLA PARK
LAURA PERRY STONE
NATASHA GELING
JOSEPH MANTEGANI
GRAHAM J. WYATT
WESLEY P. DEVOLL
LAUREN A. BILOW
KAYSIE GONZALEZ
ALEXIS D. CAMPBELL

KYRA E. SCHOONOVER
WENDY Q. XIAO
DANIEL RAVE
ADITI NARESH GHATLIA
ALBERTO J. DE DIEGO-HABEL
KYLE A. SCHNEIDER
CARL H. JIANG
BOBBY H. KIM
CLAIRE I. ROGERSON
LIAM GENNARI
CHARLES LAM
MICHAEL X. WEI
MAGGIE BUSHELL
REBECCA J. HANSEN
CONNOR HOGE
SARAH M. PFANDER
ELIZABETH ANASTASI
KEVIN HAN YANG
CORDELL A. BROWN
QIANZHE DANNY ZHANG
ABIGAIL K. BESSLER
KYLE A. GROVES
ESTHENA BARLOW
CY EMEKA RAY
SUSANNAH M. L. GAGNON
DANIEL E. RUBIN
MOHAMED SAID
JIN NIU
SHUYU SUN
REBECCA M. HO

OF COUNSEL
KATHLEEN M. MCDOWELL
PATRICK J. CAFFERTY, JR.
DAVID H. FRY
BRADLEY R. SCHNEIDER
PETER E. GRATZINGER
ADAM R. LAWTON
SARAH J. COLE
ALLISON M. DAY
JEREMY S. KREISBERG
NICOLE M. HOWELL
TERESA A. REED DIPPO

SEE MTO.COM FOR
JURISDICTIONS OF ADMISSION

September 16, 2025

Writer's Direct Contact
(202) 220-1107
(213) 683-5112 FAX
Ginger.Anders@mto.com

VIA CM/ECF

Clifton Cislak
Clerk of Court
United States Court of Appeals for the D.C. Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

Re:   *Widakuswara, et al. v. Lake, et al.*, No. 25-5144
      *Radio Free Asia v. United States, et al.*, No. 25-5151
      *Middle East Broadcasting Networks, Inc. v. United States, et al.*, No. 25-5150

Dear Mr. Cislak:

Radio Free Asia ("RFA") and Middle East Broadcasting Networks ("MBN"; collectively, "the Networks") write to address the government's contention that the "grants portion of these appeals is moot" because "USAGM has no further obligations under the district court's injunction and vacatur of the injunction would not provide USAGM relief." Letter 1.

The Networks' lawsuits challenge USAGM's unlawful termination of their grant agreements, which threatened to prevent the Networks from using the funds Congress

MUNGER, TOLLES & OLSON LLP

September 16, 2025
Page 2

appropriated for them to fulfill their statutory mandate.  The district court held that the Networks were likely to succeed and issued a preliminary injunction ordering USAGM to "restore the FY2025 grants with [the] Networks, … such that international USAGM outlets can 'provide news which is consistently reliable and authoritative, accurate, objective, and comprehensive.'" JA329 (quoting 22 U.S.C. § 6202(a), (b)).

The government is correct that "USAGM has fully disbursed the FY 2025 funds for Radio Free Asia and Middle East Broadcasting Networks."  Letter 1.  However, the government does not mention that the Networks will continue to spend those funds into FY2026.  *See* Ex. 1 (correspondence from RFA invoking period-of-performance extension through FY2026); Ex. 2 (MBN).  The district court's injunction ensures that USAGM may not invoke its unlawful grant terminations to prevent the Networks from spending their FY2025 funds or to seek to recover any unspent FY2025 funds.

If the government commits that, irrespective of whether the injunction remains, USAGM will not take those actions or any other action premised on the terminations, including actions that prevent the Networks from using their FY2025 funds to fulfill their statutory mandate, then the grants portion of these appeals may well be moot.  *See Already, LLC v. Nike, Inc.*, 568 U.S. 85, 94-95 (2013) ("The case is moot if the court, considering the covenant's language and the plaintiff's anticipated future activities, is satisfied that it is 'absolutely clear' that the allegedly unlawful activity cannot reasonably be expected to recur.").  Without such a written commitment, at least until the Networks have spent their FY2025 funds, a live controversy remains over whether USAGM's grant terminations comport with the governing statutes and the Constitution.

Very truly yours,

/s/ *Ginger D. Anders*

Ginger D. Anders
Counsel for RFA and MBN

cc:     All counsel (via CM/ECF)

# Exhibit 1

**Kreisberg, Jeremy**

| | |
|---|---|
| **From:** | Kevin W. Fleming <███████████> |
| **Sent:** | Tuesday, September 16, 2025 12:56 PM |
| **To:** | Kreisberg, Jeremy; Fernando Laguarda |
| **Subject:** | Fwd: Notice of Extension- RFA |

**Kevin W. Fleming**

**Chief Operating Officer | Radio Free Asia**

Office: ███████████

Mobile: ███████████

---------- Forwarded message ---------
From: **Kevin W. Fleming** <███████████>
Date: Mon, Aug 25, 2025 at 9:37 AM
Subject: Notice of Extension- RFA
To: Roman Napoli <███████████>, Marcus Murchison <███████████>, Ryan E. Weber <███████████>
Cc: Sylvia (personal) Pollack <███████████>, Nargis Mohammadi <███████████>, Bay Fang <███████████>

Hello Roman,

Pursuant to 2 CFR § 200.308(g)(2) and Article I(a) of the FY 2025 Master Grant Agreement for Radio Free Asia (FAIN 1065-25-GO-00001), RFA hereby provides written notice of a one-time, no-cost extension of the period of performance (POP) from September 30, 2025 to September 30, 2026 (12 months). This extension does not request any additional federal funds, does not change the scope or objectives of the award, and is necessary to (i) ensure uninterrupted operations and liquidation of validly incurred obligations consistent with the Approved Financial Plan, and (ii) bridge timing differences between the end of FY 2025 and execution of FY 2026 funding instruments. Please confirm receipt of this notice and advise if USAGM requires any additional information.

As previously requested in our communications, and consistent with our practices in prior years, we would be grateful for the opportunity to meet with the USAGM finance team at your earliest convenience to discuss preparations for the FY25 year-end deliverables and FY26 financial planning.

Sincerely,

1

Kevin

**Kevin W. Fleming**

**Chief Operating Officer | Radio Free Asia**



2025 M Street, NW Ste. 300

Washington, DC 20036

Office: ███████████

Mobile: ███████████

Mobile: ███████████

Email: ███████████

CONFIDENTIAL COMMUNICATION

This e-mail message is intended only for the use of the addressee and may contain information that is privileged and confidential. Any unauthorized dissemination, distribution, or copying is strictly prohibited.

If you receive this transmission in error, please contact network@rfa.org.

# Exhibit 2

**Kreisberg, Jeremy**

| | |
|---|---|
| **From:** | Anne R. Noble < ███████████████ > |
| **Sent:** | Wednesday, September 10, 2025 12:45 PM |
| **To:** | Anders, Ginger; Kreisberg, Jeremy |
| **Subject:** | FW: Notice of Extension Middle East Broadcasting Networks, Inc. |

 External email >

FYI.

**From:** Roman Napoli < ███████████████ >
**Sent:** Wednesday, September 3, 2025 4:24 PM
**To:** Anne R. Noble < ███████████████ >; Marcus Murchison < ███████████████ >; Hanan Hardy < ███████████████ >
**Cc:** Raji Kalra < ███████████████ >; Deirdre Kline < ███████████████ >
**Subject:** Re: Notice of Extension Middle East Broadcasting Networks, Inc.

Acknowledged. Adding Hanan for any follow up

**From:** Anne R. Noble < ███████████████ >
**Sent:** Wednesday, September 3, 2025 4:22 PM
**To:** Roman Napoli < ███████████████ >; Marcus Murchison < ███████████████ >
**Cc:** Raji Kalra < ███████████████ >; Deirdre Kline < ███████████████ >
**Subject:** Notice of Extension Middle East Broadcasting Networks, Inc.

Dear Roman:

By copy of this communication, and pursuant to 2 CFR § 200.308(g)(2) and Article Ia. of the Grant Agreement Between the U.S. Agency for Global Media ("USAGM") and Middle East Broadcasting Networks, Inc. ("MBN") (FAIN: MN01-25-GO-00001) ("Agreement"), MBN hereby provides written notice of a one-time, no-cost extension of the period of performance from September 30, 2025 to September 30, 2026 (12 months). The extension (a) does not request any additional federal funds, (b) does not change the scope or objectives of the award, and (c) is necessary to (1) ensure uninterrupted operations and liquidation of validly incurred obligations consistent with the Approved Financial Plan, and (2) bridge timing differences between the end of FY2025 and the execution of FY2026 funding instruments.

Please confirm receipt of this Notice and advise if USAGM requires any additional information.

As previously stated in multiple communications, and consistent with our practices for many years, we would be grateful for the opportunity to meet with the USAGM finance team to discuss preparations for the FY25 year-end deliverables and FY26 financial planning.

Thank you for your consideration.

Very truly yours,

/s/

Anne R. Noble, Esq.

**Anne Noble**
General Counsel

*MBN's entire budget costs less than two Apache helicopters.*
*This is no time for America to disarm.*



Middle East Broadcasting Networks, Inc.
7600 Boston Blvd
Springfield, VA 22153
T:  | M: ███████

This electronic mail (e-mail) transmission is meant solely for the person(s) to whom it is addressed. It contains confidential information that may also be legally privileged. Any copying, dissemination or distribution of the contents of this e-mail by anyone other than the addressee or his or her agent is strictly prohibited. If you have received this e-mail in error, you are directed to notify me immediately by telephone, facsimile and/or e-mail and to purge the original and all copies thereof. Thank you. Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission

## CERTIFICATES OF COMPLIANCE AND SERVICE

I certify that this letter complies with the word limit provided by Federal Rule of Appellate Procedure 28(j) because it contains 350 words. I certify that on September 16, 2025, a true and correct copy of this filing was filed with the Clerk for the United States Court of Appeals for the District of Columbia Circuit via the Court's electronic filing system, which will forward a copy to all counsel of record.

Dated: September 16, 2025                    */s/ Ginger D. Anders*
                                             Ginger D. Anders