# United States Court of Appeals
## For The District of Columbia Circuit
_____

| | |
|---|---|
| **No. 25-5144** | **September Term, 2025** |
| | 1:25-cv-01015-RCL |
| | 1:25-cv-00887-RCL |
| | 1:25-cv-00966-RCL |
| | 1:25-cv-00907-RCL |
| | **Filed On:** September 18, 2025 |

Patsy Widakuswara, et al.,

    Appellees

    v.

Kari Lake, in her official capacity as Senior Advisor to the Acting CEO of the U.S. Agency for Global Media, et al.,

    Appellants

**No. 25-5145**

                                                  1:25-cv-00887-RCL

Michael Abramowitz, in his official capacity as Director of Voice of America, et al.,

    Appellees

    v.

Kari Lake, in her official capacity as Senior Advisor to the Acting CEO of the United States Agency for Global Media, et al.,

    Appellants

# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5144**　　　　　　　　　　　　　　　　　　**September Term, 2025**

**No. 25-5150**

　　　　　　　　　　　　　　　　　　　　　　　　　　1:25-cv-00966-RCL

Middle East Broadcasting Networks, Inc.,

　　　　Appellee

　　v.

United States of America, et al.,

　　　　Appellants

**No. 25-5151**

　　　　　　　　　　　　　　　　　　　　　　　　　　1:25-cv-00907-RCL

Radio Free Asia,

　　　　Appellee

　　v.

United States of America, et al.,

　　　　Appellants

　　**BEFORE:**　　Henderson, Wilkins, and Katsas, Circuit Judges

## O R D E R

　　Upon consideration of appellant's September 15, 2025, Rule 28(j) letter, and plaintiffs-appellees' responsive letters, it is

　　**ORDERED**, on the court's own motion, that the parties be prepared to address at oral argument on September 22, 2025, the issues of vacatur and mootness.

**Per Curiam**

Page 2

# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5144**  **September Term, 2025**

                                      **FOR THE COURT:**
                                      Clifton B. Cislak, Clerk

BY:   /s/
        Michael C. McGrail
        Deputy Clerk