

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530-0001

Tel: (202) 305-1754

September 19, 2025

**By CM/ECF**

Clifton Cislak
Clerk of Court
United States Court of Appeals for the D.C. Circuit
333 Constitution Avenue NW
Washington, DC 20001

Re:  *Widakuswara v. Lake*, No. 25-5144; *Radio Free Asia v. United States*, No. 25-5151; *Middle East Broadcasting Networks v. United States*, No. 25-5150.

Dear Mr. Cislak:

On September 15, the government filed a letter to notify the Court that the U.S. Agency for Global Media ("USAGM") had fully disbursed the fiscal year ("FY") 2025 funds to Radio Free Asia and Middle East Broadcasting Networks (collectively, "the Networks") and thus had no further obligations under the grants portion of the district court's injunction. The Networks responded (and the *Widakuswara* plaintiffs agreed) that the case would be moot only if USAGM provided assurance that it would not take further actions premised on the terminations of the FY 2025 grant agreements at issue in the injunction. While Defendants do not agree that any further assurances would be necessary for this aspect of the appeal to be moot, given that USAGM has already carried out all of its obligations under this portion of the injunction, USAGM is prepared to provide the requested assurance to put the matter to rest. USAGM will not take any action premised on the FY 2025 grant terminations at issue in the injunction, and in particular will not rely on the terminations to seek to prevent the Networks from spending their FY 2025 funds or to seek to recover any unspent FY 2025 funds.

1

Plaintiffs do not dispute that the proper disposition of the appeal, provided that this assurance is given, is to vacate the preliminary injunctions issued in *Radio Free Asia v. United States*, No. 25-5151; *Middle East Broadcasting Networks v. United States*, No. 25-5150; and prong two of the injunction issued in *Widakuswara v. Lake*, No. 25-5144, under *United States v. Munsingwear*, 340 U.S. 36 (1950). We respectfully request that the Court do so, consistent with its "general practice." *Planned Parenthood of Wisconsin, Inc. v. Azar*, 942 F.3d 512, 519 (D.C. Cir. 2019).

Sincerely,

*/s/ Abigail Stout*
Abigail Stout
U.S. Department of Justice
Civil Division, Counsel

cc:    All counsel (via CM/ECF)

## CERTIFICATES OF COMPLIANCE AND SERVICE

I certify that this letter contains 285 words according to the count of Microsoft Word, and that this is within the word limit provided by Fed. R. App. P. 28(j).

I certify that on September 19, 2025, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system.  I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ Abigail Stout*
Abigail Stout