# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

## No. 25-5144                                  September Term, 2025

**1:25-cv-00887-RCL**
**1:25-cv-01015-RCL**

**Filed On:** June 8, 2026

Patsy Widakuswara, et al.,

      Appellees

    v.

Kari Lake, in her official capacity as Senior Advisor to the Acting CEO of the U.S. Agency for Global Media, et al.,

      Appellants

------------------------------

Consolidated with 25-5145, 26-5086, 26-5087

## No. 25-5150

**1:25-cv-00966-RCL**

Middle East Broadcasting Networks, Inc.,

      Appellee

    v.

United States of America, et al.,

      Appellants

## No. 25-5151

**1:25-cv-00907-RCL**

Radio Free Asia,

      Appellee

    v.

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-5144**                                     **September Term, 2025**

United States of America, et al.,

      Appellants

**BEFORE:**    Henderson, Wilkins, and Katsas, Circuit Judges

**O R D E R**

Upon consideration of appellees' suggestion of mootness of appeal Nos. 25-5144 and 25-5145, the response thereto, and the replies; appellants' motion to hold appeals Nos. 26-5086, 26-5087 in abeyance, or in the alternative to modify the briefing order, the opposition thereto, and the reply; and appellants' unopposed motion for extension of time to file the opening brief, it is

**ORDERED** that case Nos. 25-5144 and 25-5145 be dismissed as moot.  It is

**FURTHER ORDERED**, on the court's own motion, that related appeals Nos. 25-5150 and 25-5151 be dismissed as moot.

**FURTHER ORDERED** that the consolidation of Nos. 26-5086 and 26-5087 with No. 25-5144, et al., be terminated.  It is

**FURTHER ORDERED** that the motion to hold case Nos. 26-5086 and 26-5087 in abeyance be granted and these cases are hereby held in abeyance pending the en banc court's resolution of <u>NTEU v. Vought</u>, No. 25-5091 (argued Feb. 24, 2026).

The parties are directed to file motions to govern within 30 days of the court's disposition of No. 25-5091.

The Clerk is directed to withhold issuance of the mandate in Nos. 25-5144, 25-5145, 25-5150 and 25-5151 until seven days after resolution of any timely petition for rehearing or rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. R. 41(a)(1).

**<u>Per Curiam</u>**

                          **FOR THE COURT:**
                          Clifton B. Cislak, Clerk

             BY:    /s/
                     Michael C. McGrail
                     Deputy Clerk